# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE AT GREENEVILLE

### CRIMINAL MINUTES: *ARRAIGNMENT & SCHEDULING CONFRENCE*

USA vs **Johntavis Lamar Rogers**　　Date: March 3, 2022

Case No. 2:22-CR-13　　Time 11:29 am　to 12:04 pm

===========================================================================

Honorable **CYNTHIA RICHARDSON WYRICK**, U.S. Magistrate Judge, Presiding

| Amanda Gunter | DCR | Mac D. Heavener, III |
|---|---|---|
| Deputy Clerk | Court Reporter | Asst. U.S. Attorney |

===========================================================================

| DEFENDANT | DEFENSE ATTORNEY |
|---|---|
| Johntavis Lamar Rogers | retained David Leonard |

PROCEEDINGS:　　* Defendant sworn in

☑ Defendant advised of charges, penalties, and rights;

☑ Copy of indictment provided to defense counsel by clerk

☑ Plea of not guilty entered to all charges

Dates selected and scheduled as follows:　　Oral motion made to set outside the Speedy Trial Act deadline: GRANTED.

　　Jury Trial: **August 16. 2022 00:00 am**
　　before the Honorable J. Ronnie Greer
　　Estimated length of trial 5 DAYS
　　Motion cut-off 6/24/22
　　Response deadline 7/8/22
　　Plea Bargain cut-off 8/2/22

☐ Defendant remanded to custody of U.S. Marshal　　☐ Defendant released on bond　　☑ Defendant to remain on conditions as stipulated from the other district with additional restrictions.

☑ Orders to enter

I, Amanda Gunter, Deputy Clerk, **CERTIFY** the official record of this proceeding is an audio file: dcr_2-22-CR-13_20220303_112843