## United States District Court
## EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | 2:22-CR-00013 |
| | ) | |
| Johntavis Rogers | ) | |

    Non-surety: I, the undersigned defendant, acknowledge that I and my personal representatives, jointly and severally, are bound to pay the United States of America the sum of $20,000.

    The conditions of this bond require Defendant to appear before this Court and at such other places as Defendant may be required to appear, in accordance with any and all orders and directions relating to Defendant's appearance in this case. This includes an appearance for any alleged violation of a condition of Defendant's release, as may be ordered or otherwise notified by this Court or any other United States District Court to which Defendant may be held to answer if the case is transferred. Defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.

    It is agreed and understood that this is a continuing bond, including while the case may be on appeal or otherwise under review and shall only terminate at such time as the undersigned is/are exonerated. If Defendant appears as ordered or otherwise notified by the Court and obeys and performs the conditions of this bond, then the bond is to be void; however, if Defendant fails to obey or perform any of these conditions, payment in the amount of this bond shall be immediately due. Any United States District Court having jurisdiction over the matter at the time of such breach may declare the bond to be forfeited. If the bond is forfeited and if the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States District Court against each debtor jointly and severally for the amount above stated, together with interest and costs. Additionally, execution may issue and payment be secured as provided by the Federal Rules of Criminal Procedure and any other applicable laws of the United States.

This bond signed on __3/3/22__ at __Greeneville, TN__.
                          Date                       Place

Defendant: _Johntavis Rogers_    Address: ███

Surety: _____    Address: ███

Surety: _____    Address: _____

Signed and acknowledged before me on __3/3/22__
                                                  Date

_Cynthia Richardson Wyrick_
Judicial Officer/Clerk