UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOHNTAVIS LAMAR ROGERS, ) <br> ) <br> Defendant. ) | **2:22-CR-13** |

**ORDER AMENDING CONDITIONS OF RELEASE**

On March 3, 2022, Defendant appeared before the undersigned for an initial appearance in this District. Defendant previously appeared for an initial appearance in the Middle District of Florida and was released with conditions. At the recommendation of the United States Probation Office in this District, the Court has agreed to permit Defendant to remain on pretrial release, and the United States did not oppose the request. In allowing Defendant to remain on release, the Court has determined that Defendant's conditions of pretrial release should be **AMENDED** to include the following additional conditions:

1. Defendant shall execute an unsecured bond binding the defendant to pay the United States the sum of $20,000 dollars in the event of a failure to appear as required or to surrender as directed for service of any sentence imposed;

2. Defendant shall refrain from possessing a firearm, ammunition, destructive device, or other dangerous weapon;

3. Defendant shall refrain from excessive use of alcohol, and from any use or unlawful possession of a narcotic drug and other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner;

4. Defendant shall have no contact whatsoever with known convicted felons, drug dealers, drug users, co-defendants, or any person who violates the law without the pre-approval of the U.S. Probation Office;

5. Defendant shall have no contact whatsoever with victims identified in the indictment, including Aleah Drinnon and Cassidy Peavler, or any potential witness in this matter, including Tommy Ray Van Etteger.

SO ORDERED:

                                                s/ Cynthia Richardson Wyrick
                                                United States Magistrate Judge